

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

March 29, 2021

<u>**BY ECF:**</u>

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted.
> SO ORDERED.
>
> /s/ Naomi Reice Buchwald
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
> Dated: New York, New York
> March 30, 2021

      RE:    United States v. Hany Ibrahim
                 21-cr-00146-1 (NRB)
                 <u>Southern District of New York</u>

Dear Judge Buchwald:

      Please be advised that I represent Mr. Hany Ibrahim. I submit this letter requesting a change in Mr. Ibrahim's release conditions.

      Mr. Ibrahim is currently employed by Uber and other ride hailing companies. Oftentimes, his passengers need to go to New Jersey. I respectfully request that Mr. Ibrahim be permitted to travel to the District of New Jersey for employment purposes only.

      I have discussed this matter with AUSA Thomas Burnett, who has no objection. Additionally, Pretrial Services Officer Francesca Piperato has no objection as long as Mr. Ibrahim provides proof of employment to Pretrial Services.

      Thank you for your consideration.

                          Sincerely,
                      **Spodek Law Group P.C.**
                       /S/ Todd A. Spodek

Hon. Naomi Reice Buchwald
Page **2** of **2**

TAS/az

cc:     All Counsel (By Email).
        Pretrial Services Officer Francesa Piparato (By Email).