

May 10, 2021

**BY ECF:**

Hon. Naomi Reice Buchwald
District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 21A
New York, NY 10007

      RE:    United States v. Hany Ibrahim
               Case No.: 21-cr-00146-1 (NRB)
               Southern District of New York

Dear Judge Buchwald:

      Please be advised that I represent Mr. Hany Ibrahim in the above referenced action. We are currently scheduled for a conference before Your Honor on May 11, 2021 at 11:00 a.m. This is my first letter requesting an adjournment of the conference.

      Upon the consent of Assistant United States Attorney ("AUSA") Thomas Burnett I am respectfully requesting the conference be adjourned for approximately six (6) weeks in order for the parties to finalize and review the discovery, and further conference the case.

      I agree to an Order of Exclusion of Speedy Trial Time, between May 11, 2021 and the adjourn date. Thank you for your consideration.

                          Sincerely,
                        **Spodek Law Group P.C.**

                        /S/ Todd A. Spodek

TAS/az
cc:    All Counsel (By ECF)

---

Application granted. The status conference is adjourned until June 22, 2021 at 11:00 a.m. The Court excludes time under the Speedy Trial Act through that date. See 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: New York, New York
           May 10, 2021

85 Broad Street, 30th Floor NY, NY 10004 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com