

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

November 18, 2021

**BY ECF TO:**

Hon. Naomi Reice Buchwald
District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 21A
New York, NY 10007

> Application granted. The conference is adjourned until December 20, 2021 at 1:30 p.m. Speedy Trial Time is excluded until December 20, 2021.
>
> SO ORDERED.
>
> /s/ Naomi Reice Buchwald
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated:  New York, New York
>         November 19, 2021

RE:  United States v. Hany Ibrahim
     Case No.: 21-cr-00146-1 (NRB)
     Southern District of New York

Dear Judge Buchwald:

Please be advised that I represent Mr. Hany Ibrahim in the above referenced action. We are currently scheduled for a conference before Your Honor on November 22, 2021 at 11:00 a.m. This is my second letter requesting an adjournment of the conference.

Upon the consent of Assistant United States Attorney ("AUSA") Thomas Burnett I am respectfully requesting the conference be adjourned for approximately four (4) weeks in order for the parties to finalize and review the discovery, and further conference the case.

I agree to an Order of Exclusion of Speedy Trial Time, between November 22, 2021 and the adjourn date. Thank you for your consideration.

Sincerely,
**Spodek Law Group P.C.**
/S/ Todd A. Spodek

TAS/az
cc:   All Counsel (By ECF)