

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 18, 2022

> Application granted. The change-of-plea hearing is adjourned until February 23, 2022 at 12:30 p.m. Speedy Trial Time is excluded until February 23, 2022.
>
> SO ORDERED.
>
> /s/ Naomi Reice Buchwald
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: New York, New York
>        January 19, 2022

Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, NY 10007

Re:  <u>**United States** v. **Hany Ibrahim**, 21 Cr. 146 (NRB)</u>

Judge Buchwald:

      The Court has scheduled a change-of-plea hearing in the above captioned case for January 19, 2022. The Government respectfully requests a one-month adjournment, due to a conflict with an ongoing trial. The Government also respectfully requests that time under the Speedy Trial Act be excluded until the new hearing date. The defendant's attorney has consented to these requests.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney

      by: _/s/ Thomas Burnett_____
           Thomas Burnett
           Assistant United States Attorney
           (212) 637-1064