

February 22, 2022

**BY ECF:**

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE:    United States v. Hany Ibrahim
               21-cr-00146-1 (NRB)
               Southern District of New York

Dear Judge Buchwald:

      Please be advised that I represent **Hany Ibrahim**. I submit this letter requesting a brief adjournment of Mr. Ibrahim's change of plea hearing which is currently scheduled for February 23, 2022 at 12:30 p.m. This is my first request for an adjournment.

      I have discussed this matter with AUSA Thomas Burnett, who has no objection.

      Thank you for your consideration.

                        Sincerely,
                        **Spodek Law Group P.C.**

                        /S/Todd A. Spodek

TAS/az
cc:    All Counsel (By Email).

---

Application granted.  The
hearing is adjourned to March 7,
2022 at 2:30 p.m.  Speedy Trial
Time is excluded until March 7,
2022.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
        February 23, 2022

---

85 Broad Street, 30th Floor NY, NY 10004 | T: (212) 300-5196  |  F: (212) 300-6371 | info@spodeklawgroup.com