

Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

April 29, 2022

**BY ECF**:

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE:    United States v. Hany Ibrahim
               21-cr-00146-1 (NRB)
               <u>Southern District of New York</u>

Dear Judge Buchwald:

      Please be advised that I represent Hany Ibrahim. I submit this letter requesting a temporary change in Mr. Ibrahim's release conditions.

      Mr. Ibrahim would like to travel to Kalahari Resorts & Conventions in Pennsylvania for the Eid al-Fitr celebration from May 1st to May 3rd. Mr. Ibrahim provided proof of itinerary to the Government.

      I have discussed this matter with AUSA Thomas Burnett, who has no objection. Additionally, Pretrial Services Officer Karina Chin Vilefort has no objection to this request.

      Thank you for your consideration.

                              Sincerely,
                            **Spodek Law Group P.C.**
                             /S/ Todd A. Spodek

Hon. Naomi Reice Buchwald
Page **2** of **2**
TAS/az

cc:     All Counsel (By ECF)

**SO-ORDERED**

*[signature: Naomi Reice Buchwald]*

Hon. Naomi Reice Buchwald

Dated: April 29, 2022

85 Broad Street, 30th Floor NY, NY 10004 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com